920

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. JERRY JOHNSON, Defendant-Appellant.

(No. 56534; )

First District—January 15, 1973.

Opinion by Mr. JUSTICE EGAN.

James J. Doherty, Public Defender, of Chicago, (Vincent James Cerri and Robert M. Gray, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and James R. Carlson, Assistant State's Attorneys, of counsel,) for the People.